NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARCUS EARL BROOKS,    )
 )
     Appellant,    )
 )
v.    )    Case No. 2D18-749
 )
STATE OF FLORIDA,    )
 )
     Appellee.    )
_____)

Opinion filed December 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Marcus Earl Brooks, pro se.


PER CURIAM.


Affirmed.


LaROSE, C.J., and KELLY and SALARIO, JJ., Concur.